## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DEIRDRE COONES, as executor of the estate
of Olin Coones,

                Plaintiff,

v.                                            Case No. 2:22-cv-02447-JAR-TJJ

BOARD OF COUNTY COMMISSIONERS OF THE
UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY AND KANSAS CITY, KS, et al.,

                Defendants.

### Answer

      The Board of County Commissioners of the County of Wyandotte County and Kanas City, Kansas and the Unified Government of Wyandotte County and Kansas City, Kansas, Michael, Garrison, Dorsett, Block, Brown, and Sanchez answer the Complaint, Doc. 1, as follows.

      1.       All allegations not specifically admitted herein are denied.

      2.       Defendants lack the knowledge necessary to admit or deny the allegations in ¶¶ 1-5, 12, 20--57, 69- 73,78, 85-88, 91, 92, 124, 125, and 163 and, for that reason, denies the allegations therein.

      3.       Paragraphs 6-9, 14, 16-19, 61, 64-68, 74, 75, 77, 79-84, 89, 90, 93, 118, 120-123, 126-159, 161-162, 164, 165, 167-180, 182-197, 199-208, 210-220, 222-224, 226-229, 231-234, 236-239, 241-245, 247-249, and the unnumbered prayer for relief are denied.

      4.       In response to ¶¶ 10 and 11, subject matter jurisdiction and venue are appropriate.

      5.       Paragraphs 13, 58- 60, , 62, 63, 76, 119, and 222 are admitted.

6. In response to ¶ 15, it is admitted that Sgt. Dorsett responded to the scene where the Carl and Kathleen Scrolls' bodies were discovered. Defendants lack the knowledge to admit or deny whether either death was a suicide and, for that reason, denies that allegation.

7. In response to ¶ 160, it is denied any conduct by any of the Defendant Officers warranted discipline.

8. In response to ¶¶ 166, 181, 198, 209, 221, 225, 230, 235, 240, and 246, defendants incorporate the remainder of their answer.

9. The individual defendants are entitled to qualified immunity.

10. Plaintiffs' claims are barred by the applicable statutes of limitations and statutes of repose.

11. Plaintiffs' claims are barred or limited by the extent to which any notice of claim failed to substantially comply with K.S.A. 12-105b.

12. Plaintiffs' claims are barred by the doctrine of sovereign immunity and the provisions of the Kansas Tort Claims Act, K.S.A. 75-6101, *et seq*.

13. Plaintiffs' damages are limited by K.S.A. 75-6105, K.S.A. 60-1903, and K.S.A. 60-19a02.

14. Plaintiffs' damages are limited or offset by plaintiff's monetary recovery under K.S.A. 60-5004.

15. Plaintiffs' claims are barred because an adequate, alternative remedy exists.

16. Plaintiffs' claims may be barred, in whole or in part, by laches, waiver, and/or estoppel.

17. Defendants reserve the right to amend its affirmative defenses as information is discovered through the course of investigation and discovery.

18.     **Demand for Jury Trial**. Defendant demands a trial by jury on all issues so triable in this action.

19.     **Designation of Place of Trial.** Defendant designates Wichita, Kansas as the place of trial.

Defendants request the Court to find in their favor, to find that Plaintiffs take nothing by way of their pleading, to dismiss this case with prejudice, and award defendants their costs and including attorney fees.

Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th Street | Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 286-6609
dcooper@fpsslaw.com  |  cbranson@fpsslaw.com  |  bmauldin@fpsslaw.com

s/David R. Cooper
| David R. Cooper | #16690 |
| Charles E. Branson | #17376 |
| Brian C. Mauldin | #28636 |

*-and-*

Edward James Bain, #26442
Unified Government of Wyandotte County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Tel: (913) 573-5060 | Fax: (913) 573-5243
jbain@wycokck.org

Attorneys for Defendant Unified Government of Wyandotte County and Kansas City, Kansas

## Certificate of Service

I hereby certify on the 17th day of January, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Joshua L. Loevy | Jonathan Loevy | Russell Ainsworth | Locke Bowman | Wally Hilke
LOEVY & LOEVY | 311 N. Aberdeen Street, 3rd Floor | Chicago, Illinois 60607
Tel: (312) 243-5900 | Fax: (312) 249-5902
joshl@loevy.com | jon@loevy.com | russell@loevy.com | locke@loevy.com | hilke@loevy.com

Brandon A. Bell | Lindsay Runnels
MORGAN PILATE, LLC | 926 Cherry Street | Kansas City, Missouri 64106
Tel: (816) 471-6694 | Fax: (816) 472-3516
bbell@morganpilate.com | lrunnels@morganpilate.com
**Attorneys for Plaintiff**

                                              s/David R. Cooper