IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| DEIRDRE COONES, as executor of the estate of Olin Coones, | ) ) ) |
| Plaintiff, | ) Case No. 2:22-CV-2447-JAR-TJJ ) ) Hon. Julie A. Robinson |
| v. | ) ) ) Magistrate: Hon. Teresa J. James |
| BOARD OF COUNTY COMMISSIONERS OF THE UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY KANSAS, et al., | ) ) ) ) JURY TRIAL DEMANDED ) |
| Defendants. | ) ) |

## **STIPULATION**

Pursuant to this stipulation and Federal Rule of Civil Procedure 15(a)(2), the parties consent to the filing of Plaintiff's First Amended Complaint, attached hereto.

Dated: March 10, 2023

BY**:** /s/ Josh Loevy
*One of Plaintiff's Attorneys*

Joshua Loevy
Jon Loevy (admitted *pro hac vice*)
Russell Ainsworth (admitted *pro hac vice*)
Locke Bowman (admitted *pro hac vice*)
Wallace Hilke (admitted *pro hac vice*)
LOEVY & LOEVY
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900

Branden A. Bell
Lindsay Runnels
MORGAN PILATE LLC
926 Cherry Street

Attorneys for Plaintiff

1

/s/ Charles Branson

Charles Branson, cbranson@fpsslaw.com |Direct 785.286.6611 | Cell 785.766-7892
David R. Cooper, dcooper@fpsslaw.com | Direct 785.286-6609 | Cell 785.633.7545
Brian Mauldin, bmauldin@fpsslaw.com | Direct 785.783-6127 | Cell 706.829.6672
Fisher Patterson Sayler & Smith, LLP
3550 SW 5th Street
Tel 785.232.7761

**Attorneys for Defendants**

Edward James Bain
Unified Government of Wyandotte County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Tel: (913) 573-5060 | Fax: (913) 573-5243
jbain@wycokck.org

**Attorney for Defendant Unified Government of Wyandotte County and Kansas City, Kansas**