IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| DEIRDRE COONES, as executor of the estate of Olin Coones, ) ) ) ) Plaintiff, ) ) v. ) ) BOARD OF COUNTY COMMISSIONERS ) OF THE UNIFIED GOVERNMENT OF ) WYANDOTTE COUNTY AND KANSAS ) CITY KANSAS, et al., ) ) Defendants. ) | Case No. 2:22-CV-2447-JAR-TJJ<br><br>Hon. Julie A. Robinson<br><br>Magistrate: Hon. Teresa J. James<br><br>JURY TRIAL DEMANDED |

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE A MOTION TO COMPEL**

Plaintiff Deirdre Coones, as executor of the estate of Olin Coones, hereby requests an Order from the Court extending Plaintiffs' deadline to file a Motion to Compel to June 12, 2023, for the following reasons:

On February 10, 2023, Plaintiff served on Defendants' counsel of record her First Set of Requests for Production. On March 13, 2023, Defendants provided their Responses and Objections to Plaintiff.

To narrow the issues in dispute and facilitate the production of documents, Plaintiff requested a meet and confer with Defendants on March 28, 2023, and met and conferred with Defendants on April 4, 2023. The parties were able to resolve most of the disputes and agreed to confer further to resolve the remaining requests. To seek a resolution, Defendants provided additional information and Plaintiff narrowed her request. The parties again conferred on May 12, 2023, and Plaintiff has agreed to review additional information to determine if the request can be further narrowed.

1

The parties continue to work cooperatively to narrow and disclose discovery. However, Plaintiff's counsel anticipates that the parties may reach impasse regarding certain categories of documents. To continue these efforts towards compromise, Plaintiff requests additional time to file a motion to compel, if necessary, until June 12, 2023. Plaintiff will continue to show diligence in attempting to resolve the dispute as required by Local Rule 37.1(c).

Counsel for Plaintiff has conferred with counsel for Defendants, and Defendants have consented to the extension of time requested here.

This request for extension of time is not made for the purpose of vexation or delay, and no party will be prejudiced by the granting of this Motion.

Respectfully submitted,

**DEIRDRE COONES**

BY: /s/ Josh Loevy
 One of Plaintiff's Attorneys

Joshua Loevy
Jon Loevy (admitted *pro hac vice*)
Russell Ainsworth (admitted *pro hac vice*)
Locke Bowman (admitted *pro hac vice*)
Wallace Hilke (admitted *pro hac vice*)
LOEVY & LOEVY
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900

Branden A. Bell
Lindsay Runnels
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

       I, Josh Loevy, an attorney, certify that on May 12, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record:

David R. Cooper, dcooper@fpsslaw.com | Direct 785.286-6609 | Cell 785.633.7545
Charles Branson, cbranson@fpsslaw.com |Direct 785.286.6611 | Cell 785.766-7892
Brian Mauldin, bmauldin@fpsslaw.com | Direct 785.783-6127 | Cell 706.829.6672
Fisher Patterson Sayler & Smith, LLP
3550 SW 5th Street
Tel 785.232.7761

**Attorneys for Defendants**

Joni S. Cole
Unified Government of Wyandotte County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Tel: (913) 573-5060 | Fax: (913) 573-5243
jscole@wycokck.org

**Attorneys for Defendant Unified Government of Wyandotte County and Kansas City, Kansas**

                                                         /s/ Josh Loevy