**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

DEIRDRE COONES, as executor of the estate of Olin Coones,

Plaintiff,

v. Case No. 2:22-cv-02447-JAR-TJJ

BOARD OF COUNTY COMMISSIONERS OF THE UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,

Defendants.

---

**Omnibus Notice of Service**

Defendants notify the Court that Defendants' documents responsive to Plaintiff's First Request for Production were produced as follows:

03.13.2023 – Bates Nos. UG 000001 through UG 010011

05.25.2023 – Bates Nos. FPSS 46243 through FPSS 51833; FPSS 97248 through FPSS 97283; FPSS 108138 through FPSS 109991; Eight documents that were produced in the McIntyre case in response to RFP 93 in that case, which were un-numbered.

06.13.2023 – Bates Nos. UG 010012 through UG 080501

08.01.2023 – Bates Nos. UG 080502 through UG 104211

01.12.2024 – Bates Nos. UG 104212 through UG 105207

02.01.2024 – Bates Nos. UG 107726 through UG 108033

02.02.2024 – Bates Nos. UG 108033 through UG 108041

02.09.2024 – Bates Nos. UG 105205 through UG 107725

Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th Street | Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 286-6609
dcooper@fpsslaw.com | cbranson@fpsslaw.com |

s/Charles E. Branson
David R. Cooper #16690
Charles E. Branson #17376
Attorneys for Defendants

*-and-*

Daniel E. Kuhn #20429
Unified Government of Wyandotte
County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Tel: (913) 573-5060 | Fax: (913) 573-5243
jscole@wycokck.org

Attorneys for Defendant Unified Government of
Wyandotte County and Kansas City, Kansas

**Certificate of Service**

I hereby certify on the 9th day of February, 2024, I caused the foregoing to be electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Joshua L. Loevy | Jonathan Loevy | Russell Ainsworth | Locke Bowman | Wally Hilke
LOEVY & LOEVY | 311 N. Aberdeen Street, 3rd Floor | Chicago, Illinois 60607
Tel: (312) 243-5900 | Fax: (312) 249-5902
joshl@loevy.com; jon@loevy.com; russell@loevy.com; locke@loevy.com; hilke@loevy.com

Brandon A. Bell | Lindsay Runnels
MORGAN PILATE, LLC | 926 Cherry Street | Kansas City, Missouri 64106
Tel: (816) 471-6694 | Fax: (816) 472-3516
bbell@morganpilate.com; lrunnels@morganpilate.com
**Attorneys for Plaintiff**

s/Charles E. Branson