IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEIRDRE COONES, as executor of the estate
of Olin Coones,

                      Plaintiff,

      v.                                                Case No. 2:22-cv-02447-JAR-TJJ

BOARD OF COUNTY COMMISSIONERS OF THE
UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY AND KANSAS CITY, KS, et al.,

                      Defendants.

## Notice of Appeal

Defendants hereby give notice that, as defendants in the above-captioned case, they hereby appeal to the United States Court of Appeals for the Tenth Circuit from those portions of the Memorandum and Order (Doc. 121) filed in this action on September 30, 2024 and the corrected Memorandum and Order (Doc. 122) filed October 1, 2024, which denied judgment on the basis of qualified immunity to which they are entitled (a question of law) with respect to plaintiff's claims under 42 U.S.C. § 1983, and all related adverse rulings in those Memoranda and Orders pertaining to these defendants. Defendants further appeal any and all prior adverse rulings related to their qualified immunity defense.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 SW 5th Street | Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/David R. Cooper**

| David R. Cooper | #16690 |
| Charles E. Branson | #17376 |

*Attorneys for Defendants*

Daniel E. Kuhn, #20429
Unified Government of Wyandotte
 County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Tel: (913) 573-5060 | Fax: (913) 573-5243
Email: dkuhn@wycokck.org
*Attorney for Defendants Unified Government of Wyandotte County and Kansas City, Kansas*

## Certificate of Service

I hereby certify that on October 1, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Joshua L. Loevy | Jonathan Loevy | Russell Ainsworth | Locke Bowman | Wally Hilke
LOEVY & LOEVY | 311 N. Aberdeen Street, 3rd Floor | Chicago, Illinois 60607
Tel: (312) 243-5900 | Fax: (312) 249-5902
joshl@loevy.com
jon@loevy.com
russell@loevy.com
locke@loevy.com
hilke@loevy.com

Brandon A. Bell | Lindsay Runnels
MORGAN PILATE, LLC | 926 Cherry Street | Kansas City, Missouri 64106
Tel: (816) 471-6694 | Fax: (816) 472-3516
bbell@morganpilate.com
lrunnels@morganpilate.com
**Attorneys for Plaintiff**

s/David R. Cooper