# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

SKYLER B. O'HARA
CLERK
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

KIM LEININGER
CHIEF DEPUTY CLERK
E-MAIL: Kim_Leininger@ksd.uscourts.gov
(913) 735-2205

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

October 1, 2024

# Retained Counsel Appeal

RE: Coones v. Unified Government of Wyandotte County/Kansas City, KS Board of County Commissioners et al

District Court Case No. 2:22-cv-02447-JAR

Notice of Appeal filed by Defendants Bryan Block, Susan Brown, Angela Garrison, William Michael, Unified Government of Wyandotte County/Kansas City, KS, and Unified Government of Wyandotte County/Kansas City, KS Board of County Commissioners

Fee Status: PAID

    The following documents are for the parties in connection with the Notice of Appeal: Docket Sheet and Preliminary Record.

    **RETAINED** Counsel for the appellant is instructed to download the "**Initial Appeal Documents and Instructions**" for this appeal from www.ca10.uscourts.gov. In addition, counsel will need to download the "Designation of Record" form from the Tenth Circuit website. Please follow the instructions for Transcript Order Form (for Appellant only) and Docketing Statement (for Appellant only) regarding Counsel's responsibility for compliance. For specific requirements concerning transcripts, records on appeal, briefs, and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

    If you have any questions, please contact the Office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at (303) 844-3157.

Sincerely,
SKYLER B. O'HARA
CLERK OF COURT

By: s/ M. McGivern, Deputy Clerk

Cc: Clerk, U.S. Court of Appeals
    (Docket Sheet and Preliminary Record)