IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEIRDRE COONES, as executor of the estate of Olin Coones,

Plaintiff,

v.

BOARD OF COUNTY COMISSIONERS OF THE UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY KANSAS, WILLIAM MICHAEL, ANGELA GARRISON, BRYAN BLOCK, and SUSAN BROWN,

Defendants.

Case No. 2:22-CV-2447-JAR-TJJ

Hon. Julie A. Robinson

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' COUNTER-DESIGNATIONS**

Pursuant to this Court's order [Dkt. 165], Plaintiff submits the following objections to Defendants' counter-designations [Dkt. 170] of the deposition transcript of Michael Kobe [Dkt. 155-2]:

pp. 26:18-27:12: Objection to 27:5-12 – Fed. R. Evid. 401, 402, 403, 602. (Kobe's statement in response to the question that he was "surprised" when he heard that Golubski received oral sex in his office was: "Okay. It was -- I wouldn't say it was -- I was surprised. It -- it seemed salacious, it seemed -- could be gossip, it could be rumor." The transcript leaves unclear whether Kobe was surprised or unsurprised, and as a result the testimony is confusing and risks misleading the jury, and not likely to make any fact at issue more or less likely. The statement further is speculative about what the information about Golubski "could be.").

pp. 27:19-28:1: Fed. R. Evid. 402, 403 (Kobe's statement that he does not believe he is qualified to state what Detective Golubski's reputation "in the department" is not relevant).

p. 32:2-11: Fed. R. Evid. 105, 403 (Defendants designated only a small part of Kobe's full answer to a question about his obligation to report misconduct. They left out Kobe's answer that he did not know of any specific departmental rule requiring him to report Golubski's alleged sexual misconduct, but instead felt a moral and ethical concern

requiring him to make that report. If the testimony is admitted, it should extend through 32:19.).

pp. 36:19-37:19: Fed. R. Evid. 105 (Defendants omitted part of Kobe's answer explaining why he was uncomfortable with Golubski's use of informants. If the testimony is admitted, it should extend through 37:22.).

p. 39:7-14 (to the answer "No."): Fed. R. Evid. 105 (Defendants omitted Kobe's explanation for why he never investigated Golubski's use of informants. If the testimony is admitted, it should extend through 40:6.).

p. 43:2-21: Fed. R. Evid. 105 (Defendants omitted Kobe's explanation for why he did not investigate the multiple reports he heard from detectives that Golubski was "dating" his civilian informants and that Kobe "didn't have high hopes" that any report would do any good. If the testimony is admitted, it should extend through 44:9.).

p. 44:10-25: Fed. R. Evid. 105 (Defendants omitted Kobe's explanation for why he thought it would be "unfair" to say that "Detective Golubski's sexual activity" was the only "salacious comment[]" or "salacious rumor[]" that "command[ed] intense interest" among Kansas City Kansas Police Department personnel. If the testimony is admitted, it should extend through 45:13.).

p. 71:7-20: Fed. R. Evid. 105 (Defendants omitted Kobe's explanation that he agreed that in his cases there was an atmosphere at the Kansas City, Kansas Police Department that did not encourage officers to report one another's improper behavior, although there was an exception. If the testimony is admitted, it should extend through 72:9.).

p. 95:15-20: Fed. R. Evid. 105 (Defendants omitted Kobe's explanation of why he required his detectives to document the sources of the information they received: because it was necessary for the integrity of the case. If the testimony is admitted, it should extend through 96:16.).

Respectfully submitted,

**DEIRDRE COONES**

BY**:** /s/ Joshua Loevy
*One of Plaintiff's Attorneys*

Joshua Loevy
Jon Loevy (admitted *pro hac vice*)
Russell Ainsworth (admitted *pro hac vice*)
Locke Bowman (admitted *pro hac vice*)
Wallace Hilke (admitted *pro hac vice*)
LOEVY & LOEVY
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607

(312) 243-5900

Branden A. Bell
Lindsay Runnels
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694

*Attorneys for Plaintiffs*