IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEIRDRE COONES, as Executor of the Estate of Olin Coones,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, WILLIAM MICHAEL, and ANGELA GARRISON,

Defendants.

Case No. 22-2447-JAR

**VERDICT**

We, the jury, unanimously find as follows:

**SECTION I: LIABILITY**

For each of Plaintiff's claims, indicate your verdict by marking the appropriate box, "For Plaintiff" or "For Defendant" with an "X."

1. First Claim: Concealment or Fabrication of Evidence Under Section 1983

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| William Michael (concealment and/or fabrication) | ✓ | |
| Angela Garrison (concealment only) | ✓ | |

2. Second Claim: Malicious Detention or Prosecution under Section 1983

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| William Michael | ✓ | |
| Angela Garrison | ✓ | |

3. Third Claim: Malicious Prosecution under Kansas law

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| William Michael | | ✓ |
| Angela Garrison | | ✓ |
| Unified Government of Wyandotte County and Kansas City, Kansas | | ✓ |

4. Fourth Claim: Intentional Infliction of Emotional Distress under Kansas law

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| William Michael | | ✓ |
| Angela Garrison | | ✓ |
| Unified Government of Wyandotte County and Kansas City, Kansas | | ✓ |

*If you found for Plaintiff and against one or more Defendants on any of Plaintiff's claims, please complete Section II on Damages. If you did not find for Plaintiff and against one or more Defendants on any of Plaintiff's claims, skip Section II and have the foreman sign the verdict.*

## SECTION II: DAMAGES

5. Plaintiff, as executor of the estate of Mr. Olin Pete Coones, is awarded compensatory damages in the amount of:

$ \$18 million

6. If you found for Plaintiff and against one or more Defendants on either of Plaintiff's First or Second Claims under Section 1983, you may, but are not required to, assess punitive damages against that Defendant. Place an "X" in the "Yes" or "No" column to indicate whether you assess punitive damages against each Defendant. If you answered "Yes" and assessed punitive damages against any Defendant, write the amount of punitive damages to be awarded against that Defendant.

| Name of Defendant | Yes | No | Amount |
|---|---|---|---|
| William Michael | | | \$10,000 |
| Angela Garrison | | | \$5,000 |

*Please have the foreperson sign and date below:*

Foreperson

10/30/2026
Date